UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Nathan Marquis LeBaròn,            )      District Court Docket
and Keith Ashby,                   )      No. 1:10-cv-12085-RGS
        Plaintiffs,                )
                                   )
v.                                 )
                                   )
Luis S. Spencer, Commissioner,     )
et al.,   Defendants.              )

**MOTION OF KEITH ASHBY TO INTERVENE AS A PLAINTIFF**

    Comes now, Keith Ashby, and moves this Honorable Court to be allowed to intervene as a plaintiff, and makes this motion pursuant to Fed.R.Civ.P., Rule 24 (a) and (b), and humbly requests to be deemed a plaintiff in the above-entitled action from here forward. As grounds, Keith Ashby states:

    1.   I have been requesting the same rights as Plaintiff LeBaron is fighting to establish in the DOC system pursuant to RLUIPA and 1st Amendment Free Exercise Clause to freely exercise Messianic Judaism as my personal religious preference.

    2.   No parties will be prejudiced by my intervention and I will not cause any delays if allowed to intervene.

    3.   Disposition of this action may affect my rights and my interests in the future and as a practical matter may impair or impede my ability to protect my rights and interests, as my situation is common to the facts regarding Messianic Judaism.

    4.   I reallege and incorporate by reference all of the facts Plaintiff LeBaron outlined in his complaint as if fully set forth in this motion.

    Respectfully submitted, *Keith J. Ashby*

Dated: 2/26/12

Keith Ashby, W90581
SBCC
P.O. Box 8000, Shirley, MA 01464