# Massachusetts Department of Correction

Administr. | Admiss. | Bed Mng. | Class. | Criminal Rds. | Date Comp. | Medical | O.V. | Prog./Work | Release | Schedule | Security | Window

Select Inmate Commitment Number: W90581    Today's Date: 20120228 14:47

**Name:** ASHBY, KEITH
**Comm #:** W90581
**Inst:** SOUZA-BARANOWSKI CORRECTIONAL
**DOB:** [redacted]
**Status:** ACTIVE
**Unit, Cell, Bed:** G1,13,B
**Sec. Level:** Maximum
**Comm:** 20070911
**PE:** 20180227
**Release Date:** 20210227

## Demographic Info | Other Information/Comments

### PHYSICAL CHARACTERISTICS
- Hair Color: BROWN
- Hair Length: Short
- Facial Hair: GOATEE
- Eye Color: BROWN
- Dexterity: RIGHT
- Skin Color: OLIVE
- Weight: 190 Lbs.
- Height: 05'11"
- Build: Medium
- Glasses: [ ]
- Contacts: [ ]
- Sex: MALE
- Race: BLACK

### CITIZENSHIP, LANGUAGE, OTHER INFORMATION
- Citizenship: UNITED STATES OF...
- Hispanic: [ ]
- Cultural Influence: AMERICAN
- Place of Birth City: [redacted]
- State: NY
- Zip: 10039
- US Military Service:
- Language: ENGLISH
- Second Language: SPANISH
- Mother's Maiden Name:
- Religion: ISLAM
- Marital Status: NEVER MARRIED
- Comprehend English: [X]
- Age: 31

### RELIGIOUS DIET

| Diet Type | Reason | Date | Authorized Name | Comments |
|---|---|---|---|---|
| HALAL | Initial Request | 20100924 | Chernesky, Lynn | |

Last Updated User & Date Time: Fedele, Thomas, K    20120223 11:12:40

Diet Query | Save | Exit

Record: 1/1