UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Nathan Marquis LeBaron,        )
and Keith Ashby,               )
      Plaintiffs.            )    Civil Action Number:
                               )    1:10-cv-12085-RGS
    v.                         )
                               )
Luis S. Spencer, Commissioner, )
et al.,                        )
      Defendants.            )

AFFIDAVIT OF KEITH ASHBY
IN SUPPORT OF HIS MOTION TO INTERVENE

I, Keith Ashby, hereby depose and by my oath state under penalty of perjury that:

1. I have converted to Messianic Judaism and have made official requests to be allowed to practice Messianic Judaism.

2. I have written to the Muslim Iman at the SBCC Masjid and informed him of my conversion to Messianic Judaism and have asked to be removed from the IMS as an adherent to the Islamic faith. I have also written to the kitchen and asked to be taken off of the Halal diet and placed on the kosher diet

3. When I last requested to be allowed to practice Messianic Judaism, I was given an Inmate Religious Services Request Form to fill out, which takes six months or more to get a response from the Religious Services Review Committe of the DOC. Furthermore, I have spoken to Plaintiff Nathan Marquis LeBaron who has informed me that Messianic Judaism is already recognized by the DOC and so there is no need to wait for the Review Committee to be entered into the IMS as a Messianic Judaism Believer.

4. Plaintiff Nathan Marquis LeBaron has already waited for several years since 2009 submitting repeated Inmate Religious

-1-

Services Request Forms requesting to practice Messianic Judaism, which has been to no avail, without any remedy or conclusion or final decision from the Review Committee. In particular, Mr. Plaintiff LeBaron has requested a Messianic synagogue where we can meet for various services, as is afforded Muslims at most if not all DOC prisons in Massachussetts.

5. Although I have indeed filled out an Inmate Religoius Services Request Form and submitted it to SBCC Director of Treatment Lynn Chernesky, I have been given no reason why I should believe I will be treated any different than Plaintiff LeBaron has already been treated for the past several years in denial of his most basic Free Exercise of Religion rights that are afforded to other Muslim inmates in the DOC, as I can attest.

6. The fact that I was not approved for the kosher diet upon my new conversion to Messianic Judaism indicates to me a problem. The provision of the Inmate Religious Services Request Form after Messianic Judaism has already been approved by DOC Commissioner Harold W. Clarke in 2010 is only a ruse tactic of denial dodging my request to be observant right now. This is further indication of the overall pattern of official denial of Messianic Judaism in the DOC system as a whole.

7. I am not convinced that any of my attempts to Free Exercise of my religious faith in this particular situation will ever amount to anything except ongoing denials, unless I am allowed to intervene in this action BEFORE it is concluded adversely against Nathan LeBaron AND myself by proxy

8. I have written to numerous Messianic Judaism ministries from on television ministries seen on DAystart channel 48, and

-2-

have received a minimal response due to the TV ministers being exceedingly busy with no time to interact with me. I have received a large package from Hebrew Roots, but I am still in need of religious services in the DOC from the Messianic Judaistic point of view, and this is not being afforded. Furthermore, I do not at all anticipate being suddenly granted a Messianic Judaism synagogue in the DOC unless I am allowed to intervene in this action.

9. I cannot afford to merely ride on Plaintiff LeBaron's coat tail and expect to just sit here and cross my fingers that he wins while the DOC Defendants in this matter have already moved for summary judgment against him. Plaintiff LeBaron's loss in this instance would be a denial of my rights as well.

10. I believe my motion to intervene is very timely given the posture of the proceedings in this case threatening to effect a denial of my rights to practice Messianic Judaism if Plaintiff LeBaron loses this lawsuit.

11. I will have standing in this proceeding if allowed to intervene. The DOC defendants have no realistic right to complain that my intervention will delay the prompt adjudication of this action, where the complaint is denial of Plaintiff LeBaron's Free Exercise RLUIPA rights going on indefinitely for YEARS on end. The defendants threat to speed up disposing of this case convenient to them is utterly outrageous, and I refuse to stand idly by and watch them do this to Nathan LeBaron, because they are in effect doing it to me as well.

12. The DOC defendants have absolutely no right to any qualified immunity given the facts of this case. Plaintiff LeBaron

has suffered very real ongoing injury to his Free Exercise RLUIPA rights for years with no end in sight due to the illegal conduct of the defendants. The injuries can fairly be traced to this action, and I have rights to challenge the same ongoing denials, which are very likely to be redressed in my favor when the law is applied to the facts in this case.

13. Unless I am allowed to intervene, this case might already be disposed of by the time I exhaust my Inmate Religious Services Request Form over the next couple of years as Plaintiff LeBaron has been attempting to do.

SUBMITTED UNDER PAIN AND PENALTY OF PERJURY

Dated: MARCH 2. 2012

Keith Ashby
W90581
SBCC
P.O. Box 8000
Shirley, MA 01464

CERTIFICATE OF SERVICE

I, Keith Ashby, proposed Plaintiff in this matter, hereby certify that on this day I served a copy of the foregoing affidavit by first class mail postage pre-paid via the prison mail system to counsel for the defendants as follows:

Joan T. Kennedy,
Legal Counsel, BBO #554935
MA DOC
70 Franklin Street, Suite #600
Boston, MA 02114-1300
(617) 727-3300, ext. 160