UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-12085-RGS

NATHAN MARQUIS LEBARON

v.

LUIS SPENCER, Commissioner; GARY RODEN, CYNTHIA SUMNER, BILL BATES, SHERRY ELLIOTT, DAVID CLANCY, JOHN R. BOSSE, ERNEST J THERIEN, and IPS OFFICER YELLE

ORDER ON PLAINTIFF'S MOTION TO REOPEN CASE

May 8, 2012

STEARNS, D.J.

In this conditions of confinement case, this court previously granted summary judgment to the defendants on the counts that do not directly relate to prisoner Nathan Marquis LeBaron's practice of Messianic Judaism. *See* Dkt # 88. The remaining counts were dismissed pursuant to the parties' agreement. *See id.* The parties agreed that LeBaron would submit an Inmate Religious Services Request Form to the Department of Correction (DOC)'s Religious Service Review Committee (RSRC), to be considered in accordance to the DOC's established procedures. *See id.*

LeBaron submitted two requests, on March 6, 2012, and March 21, 2012. The RSRC convened on April 13, 2012, and considered both of LeBaron's requests. *See* Dkt # 104-1 at 7. Unsatisfied with the RSRC's decisions, LeBaron seeks to reopen the

case and reinstate his prior summary judgment motions.

The court sees no irregularity in RSRC's decisions. The RSRC denied LeBaron's request to appoint the DOC Catholic Chaplain to supervise Messianic worship because the Catholic Chaplain is fully occupied with his ministry to Catholic inmates. *Id.* The RSRC denied LeBaron's request for group study because there is no outside volunteer currently willing to lead such studies and inmates for security reasons may not lead other inmates in religious worship. *See* 103 DOC 400.06. The RSRC deferred LeBaron's request for group study space and materials, and corporate worship items until such a volunteer is found. *Id.* DOC has sought the assistance of local Messianic Jewish organizations in locating such a volunteer, and in the interim, the RSRC is working with the prison library to make Messianic Jewish books available. *Id.* As the RSRC notes, under current regulations LeBaron is permitted to purchase personal worship items. *Id.* Finally, the RSRC denied LeBaron's proposed 21-day cycle kosher menu as the DOC is not in a position to create customized menus for inmates.

Because the RSRC has in good faith considered each of LeBaron's requests in accordance with DOC procedure and policy, defendants have fulfilled their end of the bargain. Therefore, LeBaron's motion is DENIED.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE